1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  CARLOS HENDON,                        1:05-cv-00839-AWI-DLB-P

12                 Plaintiff,       **ORDER DIRECTING PLAINTIFF TO**
                                    **FILE APPLICATION TO PROCEED IN**
13  vs.                             **FORMA PAUPERIS OR FILING FEE**
                                    **WITHIN THIRTY DAYS**
14  PETERSON,

15                 Defendant.
                                        /
16  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

17       Plaintiff, Carlos Hendon ("Plaintiff"), is a state prisoner

18  proceeding pro se in this civil rights action pursuant to 42

19  U.S.C. § 1983.  The matter was referred to a United States

20  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

21  Rule 72-302.

22       On August 14, 2005, the Magistrate Judge ordered Plaintiff

23  to submit an application to proceed in forma pauperis or pay the

24  $250 filing fee within thirty days.  When Plaintiff did not

25  respond to this order, on October 19, 2005, the Magistrate Judge

26  filed Findings and Recommendation that recommended this action be

27  dismissed for Plaintiff's failure to comply with the court's

28  order.   The Findings and Recommendations were served on

                                   1

1 Plaintiff and contained notice to Plaintiff that any objections

2 to the Findings and Recommendation were to be filed within thirty

3 (30) days.

4     On October 31, 2005, Plaintiff filed objections to the

5 Magistrate Judge's Findings and Recommendation.  In the

6 objections Plaintiff claims that because of prison transfers and

7 other delay by prison officials he has been unable to obtain the

8 necessary documents concerning his application to proceed in

9 forma pauperis.

10    The court cannot consider whether this action should proceed

11 unless Plaintiff pays the $250.00 filing fee or obtains in forma

12 pauperis status.  The court cannot ascertain the exact nature of

13 why, over the course of several motions, Plaintiff has been

14 unable to provide the court with a completed copy of the court's

15 standard application to proceed in forma pauperis, containing an

16 original signature of a prison official, along with a certified

17 copy of Plaintiff's prison trust account.  It is this court's

18 understanding that if Plaintiff provides prison authorities with

19 a copy of this order, the application to proceed in forma

20 pauperis, and a request to provide the relevant information to

21 the court, prison officials will provide the relevant information

22 as required by the court.[1]  If it is Plaintiff's contention that

23 he has followed the prison's procedure for obtaining the required

24 information, but that unspecified persons have refused to accept

25 or process his application and provide Plaintiff with the

26

27    [1] To the extent that the prison has a policy under which it does not provide inmates with certified copies of trust account, meaning that the trust office mails the application with the certification directly to the court, Plaintiff

28 can comply with the court's order by completing his portion of the application and cause it to be provided to the trust office, along with any other required information.

2

1 relevant information, then Plaintiff should submit to the court a

2 declaration signed by him under penalty of perjury that includes

3 the steps Plaintiff took to get the applicable information, the

4 identity of the refusing individual(s), and the reason stated for

5 the refusal.  The court may then hold a hearing to determine the

6 basis for the account office's refusal or may order the Warden to

7 direct that the account office return the application with the

8 certification to the court.  At this point, however, the court

9 lacks sufficient information as to why Plaintiff is not providing

10 the court with the required information.   In the interests of

11 justice, the court will grant Plaintiff thirty more days in which

12 to file an application to proceed in forma pauperis.

13          Accordingly, IT IS HEREBY ORDERED:

14 1.   The Clerk of the Court is DIRECTED to send Plaintiff the

15      standard application to proceed in forma pauperis;

16 2.   Within thirty days of the date of service of this order,

17      Plaintiff shall FILE the completed application to proceed in

18      forma pauperis, including an original signature by an

19      authorized prison official and a certified copy of

20      Plaintiff's prison trust account; and

21 3.   Plaintiff is FOREWARNED that if he fails to comply with this

22      order or otherwise respond to this order, the court will

23      adopt the Magistrate Judge's Findings and Recommendation and

24      dismiss this action.

25 IT IS SO ORDERED.

26 **Dated:    December 5, 2005**               **/s/ Anthony W. Ishii**
   0m8i78                          UNITED STATES DISTRICT JUDGE

27

28