# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | CASE NO. 1:05-CV-0839-AWI DLB-P |
| Plaintiff, | ORDER GRANTING LEAVE TO AMEND |
| v. | ORDER DIRECTING CLERK TO FILE LODGED COMPLAINT |
| PETERSON, et al., | [Doc. 16] |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 17, 2007, plaintiff filed a motion for leave to file a second amended complaint. Because defendants have not yet been served and the court has not yet screened plaintiff's amended complaint, plaintiff's motion is HEREBY GRANTED. The Clerk is directed to file the second amended complaint lodged on May 16, 2007.

IT IS SO ORDERED.

Dated: **May 18, 2007**          **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

1