# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | CASE NO. 1:05-CV-0839-AWI DLB-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF CERTAIN DEFENDANTS FROM ACTION |
| v. | |
| PETERSON, et al., | (Doc. 24) |
| Defendants. | |

Plaintiff Carlos Hendon ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 17, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. Plaintiff filed an Objection to the Findings and Recommendations on December 9, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 17, 2008, is adopted in full; and

1

2.	This action shall proceed on Plaintiff's third amended complaint, filed March 17, 2008, against Defendant Peterson for violation of the Fourteenth Amendment; and

3.	Defendants Bounville, Witcher and Winett are dismissed from this action based on Plaintiff's failure to state any claims against them.

IT IS SO ORDERED.

**Dated:     January 11, 2009**                    **/s/ Anthony W. Ishii**
                                  CHIEF UNITED STATES DISTRICT JUDGE